# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JASON HALL, on behalf of himself and all other similarly situated persons, | ) ) ) ) | CASE NO. 5:20-cv-2036 |
| PLAINTIFFS, | ) ) | JUDGE SARA LIOI |
| vs. | ) ) ) | JUDGMENT ENTRY |
| BARBERTON TREE SERVICE, INC., et al., | ) ) ) | |
| DEFENDANTS. | ) | |

For reasons set forth in the contemporaneously filed memorandum opinion and order, the claims in plaintiffs' complaint are dismissed with prejudice, and this case is closed.

**IT IS SO ORDERED**.

Dated: March 23, 2021

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**